**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6846**

———————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

VIRGIL LAMONTE JOHNSON, a/k/a Ghetto,

    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:12-cr-00850-CMC-3)

———————

Submitted:  April 10, 2025        Decided:  April 15, 2025

———————

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Virgil Lamonte Johnson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virgil Lamonte Johnson appeals the district court's orders denying his motion for compassionate release, brought under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239, and his motions for reconsideration. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Johnson's motions.[*] *See United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review for compassionate release motion); *United States v. Christy*, 739 F.3d 534, 539 (10th Cir. 2014) (same for motion to reconsider in criminal case). Accordingly, we affirm the district court's orders. *United States v. Johnson*, No. 3:12-cr-00850-CMC-3 (D.S.C. Feb. 28, 2024; Aug. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Johnson has forfeited appellate review of the district court's denial of the medical care claim raised in the motion for compassionate release by failing to challenge it in his informal brief. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 771 F.3d 170, 177 (4th Cir. 2014).

2